This case assigned to District Judge **Baker**
and to Magistrate Judge **Moore**

4:25-cv-125-KGB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FEB 11 2025
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Shirley A. Moore
1501 North Washington St.
Magnolia Arkansas 71753

VERSUS

Donald Trump and J.D. Vance

## GRIEVANCE

In accordance with my First Amendment rights to petition this court for a redress of my grievance I state the following on January the 6th, 2021 Donald Trump ingaged an Insurrection.

Since January 6th 2021 Donald Trump and J.D. Vance have given aid and comfort to the Insurrectionists most recently he has pardoned those who pled guilty or was found guilty of Insurrection.

The Fourteenth Admendment forbids the Defendants from holding their respected offices therefore I demand that Donald Trump and J.D. Vance be declared Illegitimate holders of their offices and be removed there from.

I request a refund of my filing cost

Shirley A. Moore
1501 North Washington St
Magnolia, Ark 71753